**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge William J. Martinez**

Criminal Action No.  12-cr-00138-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  KENNETH ROYAL WHEELER,

      Defendant.
_____

## ORDER DIRECTING RESTRICTED FILING
_____

      This Court received a letter from Defendant Kenneth Wheeler on April 19, 2012.

The Court construes said letter as a Motion to Appoint New Counsel, and therefore

DIRECTS the Clerk of the Court to docket the letter as a Motion to Appoint New

Counsel with a RESTRICTION LEVEL 3 (Viewable by the Filer and the Court).

      Dated this 30th day of April, 2011.

                                 BY THE COURT:

                                  _____
                                  William J. Martínez
                                  United States District Judge