**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Criminal Action No. 12-cr-00138-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  KENNETH ROYAL WHEELER,

    Defendant.

---

**ORDER GRANTING MOTIONS FOR NEW DEFENSE COUNSEL TO BE APPOINTED**

---

This matter is before the Court on Defendant's Motion to Appoint New Counsel (ECF No. 15), and a Motion to Withdraw filed by Defendant's attorney-of-record Stephen L. Laiche (ECF No. 33). These filings establish good cause for Mr. Laiche to withdraw from representation of Defendant in this action, and for new counsel to be appointed for Defendant from the Criminal Justice Act ("CJA") Panel.

In accordance with the foregoing, the Court ORDERS as follows:

(1)    Defendant's Motion to Appoint New Counsel (ECF No. 15) is GRANTED;

(2)    Stephen L. Laiche's Motion to Withdraw (ECF No. 33) is GRANTED;

(3)    Stephen L. Laiche is TERMINATED as attorney-of-record for Defendant in this action; and

(4)    As soon as practicable, the Clerk of Court shall appoint new counsel for Defendant from the CJA Panel.

Dated this 20th day of August, 2012.

BY THE COURT:

_____
William J. Martínez
United States District Judge