**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Criminal Action No. 12-cr-0138-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    KENNETH ROYAL WHEELER

    Defendant.

---

**ORDER TO DISCLOSE GRAND JURY MATERIAL TO DEFENDANT**

---

This matter is before the Court on the Defendant's Unopposed Motion to Release Grand Jury Transcripts (ECF No. 48), pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i) and (F). HAVING REVIEWED the motion and being otherwise advised in the bases, the Court finds that good and sufficient cause supports the same. It is, therefore,

ORDERED that the Defendant's motion is GRANTED, and that grand jury transcripts may be disclosed to Defendant, his attorney, defense investigator David Dungan, Defense counsel's legal assistant, Leni Charles, and Defense counsel's associate, Suzanne Lantorno in the course of discovery in this case. It is

FURTHER ORDERED that such materials shall only be used in defending this case; that such materials are disclosed only to Defendant, his attorney and associates listed above; that the defense attorney shall maintain custody of such materials, and shall not reproduce or disseminate the same; and that such materials shall be returned to the United States at the end of the case.

Dated this 24th day of September, 2012.

BY THE COURT:

William J. Martinez
United States District Judge