IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00138-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

1.      KENNETH ROYAL WHEELER,

      Defendant.

---

**MOTION FOR DETERMINATION OF COMPETENCY**

---

The United States of America, by John F. Walsh, United States Attorney for the District of Colorado, and Colleen Covell, Assistant United States Attorney, ("the government"), hereby files the following motion respectfully requesting a hearing to determine the mental competency fo the defendant pursuant to 18 U.S.C. §4241(a). As grounds therefore, the government states as follows:

1. Defendant has recently submitted various handwritten letters to several members of the Court, including Chief Judge Krieger and Senior Judge Daniel. *See* Docket Nos. 92 and 93. These letters contain patently delusional assertions, including allegations that a probation officer and an Assistant U.S. Attorney demanded sex from the defendant and threatened him at gun point when he refused. The letters also allege that agents with the Federal Bureau of Prisons attempted to rape him in a bar. He then asserts there is a "conflict of interest" in the prosecution of his case.

2. On information and belief, the defendant has written a similar letter to this Court. *See* Attachment 1.

3. The defendant has a history of mental illness and previously has been found incompetent to stand trial in state court. *See* Defendant's Motion for Determination of Competency (Docket No. 12) at ¶¶ 1 - 3.

4. At the start of this case, Defendant's first appointed counsel moved this Court for a competency examination, which was granted. In July of 2012, the court-ordered Forensic Examination found that while suffering from various personality disorders, the defendant was not suffering a mental illness, indicated by a lack of delusions.

5. Based on the nature and manner of the latest communications from the Defendant to various federal judges, the government believes that reasonable cause exists to believe that the Defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him and/or to assist properly in his defense.

6. Undersigned counsel has sent defense counsel a copy of this Motion to ascertain his position but has not yet heard back from him.

## Conclusion

For the reasons set forth above, the government respectfully requests that the Court order that a psychiatric examination of the defendant be conducted and that a hearing be set in accordance with 18 U.S.C. §4241c

Respectfully submitted,

JOHN F. WALSH
United States Attorney

s/Colleen Covell
By: COLLEEN COVELL
Assistant U.S. Attorney
1225 17th Street, Suite 700
Denver, CO 80202
Phone: (303) 454-0100
Fax: (303) 454-0403
Colleen.covell@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of February, 2013, I electronically filed the foregoing **MOTION FOR DETERMINATION OF COMPETENCY** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Michelle M. Heldmyer**
   michelle.heldmyer@usdoj.gov,cosandra.foster@usdoj.gov,USACO.ECFCriminal@usdoj.gov

**Abraham V. Hutt**
   abe@abehutt.com,leni@abehutt.com

**Stephen L. Laiche**
   steve@GLLBLAW.com

                   s/V. Nielsen
                   V. NIELSEN
                   Legal Assistant
                   U.S. Attorney's Office
                   1225 Seventeenth Street, Suite 700
                   Denver, Colorado 80202
                   Telephone: (303) 454-0100
                   Fax:   (303) 454-0406